UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff

v.                                                    Case No. 24-30327
                                                   Originating No. 24CR71

**HUSSEIN MORTADA SAFAWI,**

      Defendant.
_____/

### GOVERNMENT'S PETITION
### FOR TRANSFER OF DEFENDANT TO
### ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **HUSSEIN MORTADA SAFAWI,** to answer to charges pending in another federal district, and states:

1. On **August 7, 2024,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **Eastern District of Texas based on an Indictment.** Defendant is charged in that district with violation of **18 USC Sections 1349 and 1343 – Conspiracy to Commit Wire Fraud and Mail Fraud and Mail Fraud.**

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above. *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

    Respectfully submitted,

    DAWN N. ISON
    United States Attorney


    s/*Rajesh Prasad*
    RAJESH PRASAD
    Assistant U.S. Attorney
    211 W. Fort Street, Suite 2001
    Detroit, MI 48226
    (313) 226-9100

Dated: August 7, 2024